```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMISSIONS IMPORT EXPORT S.A.,

                Petitioner-Judgment Creditor,

  -against-

REPUBLIC OF THE CONGO, as Judgment Debtor, and ECREE LLC, as Fraudulent Transferee of the Judgment Debtor,

                Respondents.

19-MC-00195 (KPF)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on April 15, 2019, with the filing of a Notice of Petition and Petition, a copy of the Notice of Petition and Petition was served on defendant Republic of the Congo via DHL pursuant to 28 U.S.C. § 1608(a)(3) on June 6, 2019 and proof of service thereof was filed on June 6, 2019, Doc. # 7. I further certify that the docket entries indicate that the defendant Republic of the Congo has not filed an answer or otherwise moved with respect to the Petition herein. The default of the defendant Republic of the Congo is hereby noted.

Dated:      New York, New York
              August 26, 2019

                                             RUBY J. KRAJICK
                                             Clerk of Court
                                             By: _____
                                                   Deputy Clerk

4813-5013-3663.1