UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COMMISSIONS IMPORT EXPORT S.A.,

               Petitioner,

-v.-

REPUBLIC OF THE CONGO and ECREE LLC,

               Respondents.

19 Misc. 195 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    Plaintiff initiated this case by filing a motion for turnover of property and a motion to enforce judgment on April 15, 2019. (Dkt. #1, 2). Defendant Ecree LLC was served on May 10, 2019 (Dkt. #6), and Defendant Republic of the Congo was served on June 6, 2019 (Dkt. #7). The Clerk of Court issued certificates of default as to both Defendants on August 26, 2019. (Dkt. #11, 12).

    After reading Plaintiff's submissions, the Court is not yet prepared to order that the property in question be turned over to Plaintiff. The parties are hereby ORDERED to appear for a conference to discuss turnover proceedings under New York law, to be held on **October 9, 2019, at 3:00 p.m.**, in Courtroom 618 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

    SO ORDERED.

Dated:    August 27, 2019
              New York, New York

                                                 KATHERINE POLK FAILLA
                                                 United States District Judge