UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMISSIONS IMPORT EXPORT S.A.,

               Plaintiff,

      -v.-

REPUBLIC OF THE CONGO, and ECREE LLC,

               Defendants.

19 Misc. 195 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    On August 29, 2019, Plaintiff filed papers seeking an order to show cause why a default judgment should not be entered in this matter. (Dkt. #14-21). The Court does not see fit to convert the conference currently scheduled for October 9, 2019, into an order to show cause hearing. Accordingly, Plaintiff's application is DENIED at this time.

SO ORDERED.

Dated:    August 30, 2019
            New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge