ASHCROFT SULLIVAN™

October 1, 2019

**VIA ECF & EMAIL**
**(Failla_NYSDChambers@nysd.uscourts.gov)**



The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Commissions Import Export S.A. v. Republic of the Congo et al., 1:19-mc-00195-KPF*

Dear Judge Failla,

We represent Defendant Republic of the Congo in the above-referenced matter. We write to request an adjournment of the conference scheduled for October 8, 2019. We have only been very recently retained and request additional time to prepare for the conference. There have been no previous requests for adjournments.

Up until now, the Republic of Congo has been without counsel and a Clerk's Certificate of Default was entered on August 26, 2019. We understand that this matter is related to two different international arbitrations and enforcement litigation beginning in 1998, based on activity from the early 1990s. Considering the extensive history, our Firm will be meeting with representatives of the Republic of the Congo during the week of October 7, 2019, to determine its position on the matter.

We would respectfully request a date no earlier than mid-November to be appear before the Court. Counsel for Plaintiff Commissions Import Export S.A. does not assent to this request.

Respectfully Submitted,

By:   /s/ Michael J. Sullivan
      MICHAEL J. SULLIVAN

      *Counsel for Defendant Republic*
      *of the Congo*

cc: Counsel of record by ECF

The Court is in receipt of Respondent's application for an adjournment of the conference currently scheduled for October 9, 2019 (Dkt. #27), and Petitioner's letter in opposition (Dkt. #28).  Respondent's application is GRANTED, and the conference is hereby ADJOURNED to December 16, 2019, at 11:00 a.m in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  The Court does not anticipate granting any further adjournments.

Dated:    October 2, 2019           SO ORDERED.
          New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE