# EXHIBIT A

| | |
|---|---|
| MINISTERE DE LA COMMUNICATION | REPUBLIQUE DU CONGO |
| ET DES MEDIAS | Unité * Travail * Progrès |
| ----------- | ---------- |
| CABINET | |
| ----------- | |

**COMMUNIQUE
DU GOUVERNEMENT DE LA REPUBLIQUE DU CONGO
SUITE A LA PUBLICATION D'UN RAPPORT DE L'ONG « GLOBAL WITNESS »**

L'Ong Global Witness a rendu public ce 10 avril 2019 un Rapport sur les conditions d'achat d'un appartement courant 2014 dans un immeuble dit « Trump Tower » à New York (USA).

Elle allègue que cet appartement aurait été acquis au moyen de fonds publics détournés au Congo.

Le Gouvernement de la République du Congo, insidieusement mis en cause dans ce Rapport, note que :

- Un certain M. Veiga, a indiqué, selon le rapport même de Global Witness, être l'unique propriétaire dudit appartement ;
- Global Witness indique que c'est une société dénommée ECREE LLC qui a acheté ledit appartement ;
- L'Ong précise que « le (nom de) Claudia Sassou-Nguesso ne (figure) pas sur les documents d'entreprise d'ECREE obtenus par Global Witness. »

Ce rappel suffit à démontrer qu'il s'agit là d'une affaire strictement privée, dans la mesure où aucun agent public congolais n'est impliqué dans l'achat ou la possession de l'appartement objet du Rapport de cette ONG.

Le Gouvernement congolais entend rappeler que la sortie de fonds publics évoquée dans le Rapport de Global Witness s'est inscrite dans le cadre de la passation de marchés publics conclus avec la société ASPERBRAS, société de droit brésilien, et ce conformément au droit congolais.

Contrairement aux allégations de Global Witness, ces fonds publics, évalués à plusieurs dizaines de millions de dollars US ont, parmi d'autres projets dûment identifiés, servis à :

- Financer un important programme d'adduction d'eau potable, très attendu par les populations concernées, au bénéfice de 5000 villages de notre pays (dit « projet Eau pour Tous »). A ce jour, le projet a permis que 4000 de ces villages soient pourvus en eau potable.

- Démarrer un programme, actuellement en cours, de construction de douze (12) hôpitaux généraux, soit un (1) pour chaque département du Congo.

Ce projet est unanimement considéré comme le plus important programme d'équipement en matière de santé actuellement engagé sur le continent africain.

Le Gouvernement congolais s'étonne que ce genre d'attaque survienne à chaque fois que notre pays entre dans une phase décisive des négociations engagées avec ses partenaires multilatéraux.

Le Gouvernement congolais condamne ainsi avec fermeté la cabale menée par certains activistes et médias qui utilisent des informations mensongères afin d'accréditer l'idée que les autorités seraient lancées dans une gestion irresponsable de nos ressources publiques, et ce au mépris des véritables besoins de la population congolaise.

Au contraire, les autorités sont à l'œuvre afin que, malgré la crise financière actuellement traversée par notre pays, les ressources de l'Etat soient entièrement consacrées à la satisfaction des besoins et à la résolution des problèmes rencontrés par nos compatriotes.

A titre d'exemple, le Gouvernement informe l'opinion qu'une importante délégation gouvernementale se rendra dans les prochaines heures à Cuba, afin de rencontrer les autorités de ce pays qui abrite une importante colonie d'étudiants congolais en détresse. Il s'agira là de la première étape dans le règlement attendu de la situation préoccupante que connaissent nos étudiants boursiers.

Brazzaville, le 11 avril 2019

Thierry Lezin MOUNGALLA/ -

Ministre de la Communication et des Médias

Porte-parole du Gouvernement.

| | |
|---|---|
| **MINISTRY OF COMMUNICATION AND MEDIA** | **REPUBLIC OF CONGO** |
| --------------- | **Unity – Work – Progress** |
| **OFFICE OF THE MINISTER** | ---------- |
| ---------------- | |

**OFFICIAL BULLETIN
OF THE GOVERNMENT OF THE REPUBLIC OF CONGO
FOLLOWING THE PUBLICATION OF A REPORT BY THE NGO
"GLOBAL WITNESS"**

**On April 10, 2019, the NGO Global Witness published a report on the purchase conditions of an apartment during 2014 in a building called "Trump Tower" in New York (USA).**

**It claims that this apartment was acquired through embezzled public funds in Congo.**

**The Government of the Republic of Congo, insidiously implicated in this report, notes that:**

- **A certain Mr. Veiga, according to Global Witness' very report, is said to be the sole owner of the said apartment;**

- **Global Witness reports that it is a company named ECREE LLC that purchased the said apartment;**

- **The NGO states that "the (name of) Claudia Sassou-Nguesso does not (appear) on ECREE's business documents obtained by Global Witness."**

**This reminder is sufficient to demonstrate that this is a strictly private matter, since no Congolese public official is involved in the purchase or possession of the apartment that was the subject of the NGO's report.**

**The government of the Republic of Congo would like to reiterate that the disbursement of public funds referred to in the Global Witness' report was made in the context of the public procurement contract with ASPERBRAS, a company governed by Brazilian law, and in accordance with Congolese law.**

**Contrary to the allegations of Global Witness, these public funds, valued at several tens of millions of US dollars, have, among other projects duly identified, served to;**

- **Finance a major drinking water supply program, much awaited by the target populations, for the benefit of 5000 villages in our country (known as the "Water for All Project"). To date, 4000 of these villages have been supplied with drinking water through the project.**

- **Launch a program, currently underway, to build twelve (12) general hospitals, i.e., one (1) hospital for each department of Congo.**

**The project is widely regarded as the largest health equipment program currently under way on the African continent.**

**The government of the Republic of Congo is surprised that this kind of attack should occur whenever our country enters a decisive phase of negotiations with its multilateral partners.**

**The Congolese government thus strongly condemns the cabal led by certain activists and media who use false information to give credence to the idea that the authorities would have embarked into an irresponsible management of our public resources, with total disregard for the real needs of the Congolese population.**

**On the contrary, the authorities are working to ensure that, despite the ongoing financial crisis in our country, State resources are devoted entirely to meeting the needs and solving the problems faced by our compatriots.**

**For example, the Government informs the public that an important government delegation will visit Cuba in the next few hours to meet with the authorities of that country, which is home to a large colony of Congolese students in distress. This will be the first step in addressing the alarming situation faced by our scholarship students.**

        **Brazzaville, April 11, 2019**

        **[Stamp and signature]**

        **Thierry Lezin MOUNGALLA**

        **Minister of communication and media**

        **Government Spokesperson**