UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMISSIONS IMPORT EXPORT S.A., <br> Petitioner, <br><br> v. <br><br> REPUBLIC OF THE CONGO and ECREE LLC, <br><br> Respondents. | No.  19-mc-00195-KPF |

# DECLARATION OF ROGERIO ALVES IN SUPPORT OF MOTION TO VACATE CERTIFICATE OF DEFAULT

I, Rogério Alves, hereby declare as follows:

1. I am a lawyer at the law firm Rogério Alves & Associates ("RA&A") in Portugal.

2. I am the Founding and Managing partner of RA&A, and the head of Litigation and Arbitration, and my practice focuses on White Collar Criminal Law and Criminal Litigation. I am also the former President of the Portuguese Bar Association, and an Invited Professor in Legal Discourse and Presentation at the Lisbon Law School of Catholic University.

3. A link to my biography can be found at: http://www.raassociados.pt/en/team/lawyer/?pg=1

4. I have represented Mr. José Veiga since 2016. Mr. Veiga has always sustained that he is the sole owner of the Spanish company, Mivux, S.A.O, which owns Ecree LLC, a Respondent in this lawsuit.

5. I respectfully submit this Declaration in support of Ecree LLC's motion to vacate the Certifciate of Default.

6. I have read the contents of the Petition and to the best of my knowledge, the allegations contained therein, to the extent that they are based upon the statements from the article published by Global Witness, are not accurate.

7. Similar allegations have been made as against Mr. Veiga in Portugal. I have represented Mr. Veiga in defending him from these kind of accusations in the criminal investigation since 2016.

8. The criminal investigation in Portugal concerned businesses and contracts made between Mr. Veiga – and entities controlled by him where he was the owner or ultimate beneficial owner – and the Republic of the Congo.

9. Despite the fact that a criminal investigation has been in progress for several years (file 398/14.3TELSB), to date, no formal charges have been brought.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this date in Lisbon, Portugal

Date:   February 21, 2020                                 Respectfully Submitted,

                                                          _____
                                                          By: Rogério Alves