# EXHIBIT 1



**THE TRUMP CORPORATION**

July 29, 2014

Mr. Michael H. Levchuck
Controller
Trump International Hotel and Tower Condominium
One Central Park West
New York, New York 10023

Re: **Tower Unit No. 32G**
**Trump International Hotel and Tower Condominium**
**One CPW View, Ltd. to ECREE LLC**

Dear Michael:

Enclosed are the following relating to the sale of Unit 32G (i) a copy of the waiver of right of first refusal which was issued on July 29, 2014; (ii) a copy of the contract and application package submitted by ECREE LLC (Occupant: Claudia Lemboumba), and (iii) one check in the amount of $500.00 representing the background check fees.

Please call me if you have any questions regarding the enclosed.

Very truly yours,

Sonja Talesnik
VP, Property Administration

**Enclosures**

cc: Suzie Mills – General Manager (with enclosures)
    Irene Caprino (w/ $750 managing agent fee)

725 FIFTH AVENUE • NEW YORK, NY 10022 • (212) 832-2000 • FAX (212) 935-0141

145

**THIS DOCUMENT SHOULD BE SIGNED AT THE CLOSING AND SENT BY FAX TO THE PARTIES LISTED BELOW ON THE CLOSING DATE. THE ORIGINAL FULLY EXECUTED DOCUMENT SHOULD BE DELIVERED TO THE VP, PROPERTY ADMINISTRATION IDENTIFIED BELOW**

**FAX MEMORANDUM-NOTICE OF CLOSING**

PLEASE DELIVER THIS FAX TO:

TO:  Michael Levchuck, Controller
     Trump International Hotel & Tower
     Fax No.: 212-299-1143
     Tel. No.: 212-299-1045

TO:  Sonja Talesnik, VP, Property Administration
     The Trump Corporation
     Fax No.: 212-223-1987
     Tel. No.: 212 715-7254

RE:  Trump International Hotel & Tower
     Tower Unit No. 32G
     Date of Waiver: July 29, 2014
     Selling Unit Owners: One CPW View, Ltd.
     New Unit Owner: ECREE LLC
     Occupant: Claudia Lemboumba
     If occupant is not the New Unit Owner, explain – _____

     Date of Closing: _____

Please be advised that on this date the undersigned Selling Unit Owner transferred the above-referenced Unit to the undersigned New Unit Owner. Attached hereto is a copy of the deed evidencing that the above-referenced transfer occurred on this date. Accordingly, as of this date, the New Unit Owner may take possession of the Unit.

The New Unit Owner acknowledges that the New Unit Owner must schedule the move into the Unit with the above-referenced Residential Manager. The Resident Manager shall require that a fully executed copy of this memo together with a copy of the deed evidencing that the above-referenced transfer occurred on this date be provided to him/her prior to coordinating the move into the Unit.

**PLEASE SIGN BELOW**

| Selling Unit Owner: One CPW View, Ltd. | New Unit Owner: ECREE LLC |
|---|---|
| Name: Rudoph V. Pirro Jr. | Name: Anthony Errald Boisselle |
| Title: Vice President | Title: Manager |

INFORMATION REGARDING APPLICANT

Principal Place of Residence: ▮▮▮▮ 75116 Paris France  Telephone: ▮▮▮▮ - 4057

Business or Employer and Position Held: Sebrit

Nature of Business: Real Estate owner

Business Address: _____

Name of all persons who will reside in this unit: Claudia Lemboumba

Schools and colleges attended by Applicant and occupants (optional): _____

Names and organizations to which Applicant belongs (optional): _____

Names of all residents in the building known by the Applicant: _____

If Applicant is a corporation, name or describe the individual(s) to be the occupants of the apartment unit and state for how long a term. New information and references must be provided each time occupancy changes.

   a. Name(s) of designated occupant(s): _____
   b. Relation to Applicant: _____
   c. Length of occupancy: _____

Special remarks (Please give any additional information which may be pertinent or helpful as an indication of the nature of the Applicant's occupancy): _____

REFERENCES

Address of present residence and dates of occupancy: ▮▮▮▮ 75116 Paris France

Present Landlord or Agent: Currently Owns     Telephone: _____
Firm Name: _____     Facsimile: _____
Address: _____

FINANCIAL:
   a. (Bank - Personal Account: BGFI Bank     Telephone: (242) 05 505 1865
      Account No.: _____     Facsimile: (242) 22 28 1 5064
      Address: _____
   b. (Stock Broker or C.P.A. _____     Telephone: _____
      Account No.: _____     Facsimile: _____
      Address: _____
   c. For information regarding source of income contact: _____
      Address: _____

BUSINESS:
   Name: Costwolds Partners     Telephone: Costwoldspartners@gmail.com
   Address: 1 Place Ville Marie Suite 2001, Montreal, Quebec

178

Date: 24th July, 2014

To Trump International Hotel & Tower Condominium:

This is to confirm that Mr(s). Claudia Lemboumba Sassou Nguesso is going to reside in unit 32G of Trump International Hotel & Tower Condominium due to business relations that Mr(s). Claudia Lemboumba Sassou Nguesso mantains with ECREE, LLC.

*[signature]*

_____

ECREE, LLC