# EXHIBIT 2

Dear Members of the Board
Trump International Hotel & Tower Condominium:

This letter is sent to you on behalf of my good friend, Claudia Lemboumba Sassou Nguesso, who have applied to purchase an apartment in Trump International Hotel & Tower Condominium.

I have been close friends with Claudia Lemboumba Sassou Nguesso for more than 5 years. It is my pleasure to offer an enthusiastic recommendation to the Board, as I believe Claudia Lemboumba Sassou Nguesso is one of the finest people I know.

I consider Claudia Lemboumba Sassou Nguesso one of my best friends Claudia Lemboumba Sassou Nguesso has been there for me in the good times and the bad, never disappointing me. I truly enjoy her company and I cherish the friendship she provides.

I believe Claudia Lemboumba Sassou Nguesso will be wonderful neighbours. She is intelligent and will be a valued addition to Trump International Hotel & Tower Condominium. I consider she to be people of the highest moral character, honest, caring, involved and supportive.

Sincerely,

António José da Silva Veiga
ID Number:

CARD OF RESIDENT: