# EXHIBIT 3

# Cristina Ferreira

**From:** Cristina Ferreira
**Sent:** Wednesday, July 23, 2014 4:52 PM
**To:** Michael Levchuck; Cathy Gallagher
**Subject:** FW: TIHT# 32G sale

**Importance:** High

Can you tell me if this unit's ccs are up to date?

# TRUMP
## THE TRUMP ORGANIZATION

Cristina Ferreira
Property Administrator
725 Fifth Avenue | New York, NY | 10022
p. 212.715.7236 | f. 212.688.3033
cferreira@trumporg.com | trump.com

---

**From:** Cristina Ferreira
**Sent:** Wednesday, July 23, 2014 4:51 PM
**To:** Gannon Forrester
**Subject:** TIHT# 32G sale
**Importance:** High

7. Employer letter stating job function, salary and length of employment. – NOT INCLUDED IN THE PAPERWORK.

10. Two (2) financial reference letters. - ONE OF THE REFRENCE LETTERS IS IN FRENCH. WE CAN NOT ACCEPT IT, IT MUST BE TRANSLATED TO ENGLISH.

13. Copies of two (2) forms of government issued picture identification (driver's license, passport (with visa, if applicable)). – I need 2 forms of photo ID for Anthony Errald Boisselle, as he is signing as Manager, and has submitted a background check consent form.

17. Proof of Homeowners' Insurance Coverage from Purchaser. – PROOF OF INSURANCE MUST LIST THE NAME OF THE LLC EITHER AS THE POLICY HOLDER OR AN ADDITIONAL INSURED, MUST LIST THE BUILDING ADDRESS AND UNIT NUMBER BEING COVERED, SHOW A BREAKDOWN OF COVERAGE AND AMOUNTS, AND MUST LIST THE BOARD OF MANAGERS OF TRUMP INTERNATIONAL HOTEL AND TOWER CONDOMINIUM AS ADDITIONAL INSURED/INTEREST.

Question on the Occupant… what is her relationship to the LLC? This is usually listed in the application but there is nothing here… *President of Republic of Congo Affiliated w/ LLC*

I see that Mivux S.A. has 100% interest in ECREE LLC, so I will need the Articles of Formation/Incorporation for Mivux S.A. Also, as Antonio Jose da Silva Veiga is listed as Sole Member of Mivux S.A., I will need to run a background check on him. He will need to submit background check consent forms and 2 forms of photo ID.

1