# EXHIBIT 4

## Cristina Ferreira

**From:** Sonja Talesnik
**Sent:** Tuesday, July 29, 2014 10:26 AM
**To:** 'Schiller, Matthew J.'; Cristina Ferreira
**Cc:** Solo, Marina
**Subject:** RE: 1 CPW, Unit 32(g) – ECREE LLC Authorized Representatives

I do not have any further comments and have indicated to Cristina that she may proceed to issue the waiver documents. Please let us know when you will be in a position to provide executed documents.

**TRUMP**
**THE TRUMP ORGANIZATION**

Sonja Talesnik
Vice President, Property Administration & Assistant General Counsel
725 Fifth Avenue | New York, NY | 10022
p. 212.715.7254 | f. 212.888.0570
stalesnik@trumporg.com | trump.com

---

**From:** Schiller, Matthew J. [mailto:Matthew.Schiller@klgates.com]
**Sent:** Monday, July 28, 2014 6:22 PM
**To:** Sonja Talesnik
**Cc:** Solo, Marina
**Subject:** 1 CPW, Unit 32(g) – ECREE LLC Authorized Representatives

Dear Sonja:

Pursuant to our phone calls, below and attached are copies of my correspondence to you with respect to the above matter. In addition, I'm attaching copies of the Manager's Consent and Certificate referenced therein. Please let me know if you have any comments before I send hard copies. Thank you again for your assistance with this matter.

Regards,
Matt


Sonja Talesnik
Vice President, Property Administration & Assistant General Counsel
The Trump Organization
725 Fifth Avenue
New York, NY 10022

Re: One CPW View, Ltd. to ECREE LLC
    1 Central Park West, Unit 32G

Dear Ms. Talesnik

As you are aware, this firm represents ECREE LLC in connection with the above matter. Pursuant to your request, enclosed please find drafts of ECREE LLC's Certificate of the Sole Manager and Consent of the Sole Manager, that, *inter alia*, designate Claudia Lemboumba and her daughter, Lauren Lemboumba, as authorized representatives of ECREE LLC. As such, both would be authorized to take any and all actions necessary with respect to documents that may require execution on behalf of the Company from time to time. Kindly review and advise if you have any questions or comments. Thank you again for your time and assistance with this matter.

Very truly yours,

Matthew Schiller

**K&L GATES**

**Matthew J. Schiller**
K&L Gates LLP
One Newark Center, 10th Floor
Newark, NJ 07102
-and-
599 Lexington Avenue
New York, NY 10022
Phone: 973.848.4057
Fax: 973.848.4001
matthew.schiller@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Matthew.Schiller@klgates.com.