# EXHIBIT 5

## STATEMENT OF ASSETS AND LIABILITIES

Name: Claudia Lemboumba
Address: ██████████████████     City: Paris     State: France     How long at current address:     Zip Code:

**ANNUAL INCOME:**

| | | | |
|---|---|---|---|
| Salary | $ ██████████ | Name of Employer | |
| | $ | Name of Employer | |
| Other | $ ██████████ | Source | |
| Total | $ ██████████ | | |

**ASSETS:**

| | | | LIABILITIES: | |
|---|---|---|---|---|
| Cash (Schedule A) | $ | | Accts Payable | $ |
| Stocks & Bonds (Schedule B) | $ ██████████ | | Notes Payable (Schedule F) | $ |
| Real Estate (Schedule C) | $ | | Mortgages (Schedule C) | $ |
| Life Insurance, Cash Value, less Loans (Schedule D) | | | | |
| Other Assets (Schedule E) | $ | | Other Liabilities | $ |
| TOTAL | $ | | Net Worth | $ |
| | | | TOTAL | $ |

**Schedule A – CASH**

| Bank | Amount |
|---|---|
| ██████████████ | $ ██████████ |
| | $ |
| | $ |
| | $ |

**Schedule F - NOTES PAYABLE**

| Name of Creditor | Amount |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

**Schedule B – STOCKS & BONDS**

| Security | Market Value |
|---|---|
| ██████████████ | $ ██████████ |
| | $ |
| | $ |
| | $ |

| Security | Market Value |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

**Schedule C – REAL ESTATE**

| Location | Description | Recorded in the name of | Rent Income | Assessment | Mortgage held by | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

**Schedule D – LIFE INSURANCE**

**Schedule E – OTHER ASSETS**

Explain

DATE: 22/07/2014

X
SIGNATURE:

SIGNATURE:

# ACORD®

## INSURANCE BINDER

OP ID: DN

DATE (MM/DD/YYYY)
7/24/2014

**THIS BINDER IS A TEMPORARY INSURANCE CONTRACT, SUBJECT TO THE CONDITIONS SHOWN ON THE REVERSE SIDE OF THIS FORM.**

| AGENCY | COMPANY |
|---|---|
| Las Vegas - PCS<br>Marsh USA Inc.<br>7251 West Lake Mead Blvd. #401<br>Las Vegas, NV 89128 | Pacific Indemnity Co |

BINDER # 72558

| EFFECTIVE | | EXPIRATION | |
|---|---|---|---|
| DATE | TIME | DATE | TIME |
| 07/31/14 | 12:01  X AM  PM | 08/30/14 | X 12:01 AM  NOON |

| PHONE (A/C, No, Ext): 800-814-5500 | FAX (A/C, No): 702-804-7250 |
|---|---|

THIS BINDER IS ISSUED TO EXTEND COVERAGE IN THE ABOVE NAMED COMPANY
PER EXPIRING POLICY #:

| CODE: | SUB CODE: |
|---|---|

AGENCY CUSTOMER ID: LEMBCL1

| INSURED | DESCRIPTION OF OPERATIONS/VEHICLES/PROPERTY (Including Location) |
|---|---|
| Claudia Lemboumba<br>1 Central Park West #32G<br>New York NY 10023 | Condominium at: 1 Central Park West #32G<br>New York, NY 10023 |

## COVERAGES

## LIMITS

| TYPE OF INSURANCE | COVERAGE/FORMS | DEDUCTIBLE | COINS % | AMOUNT |
|---|---|---|---|---|
| **PROPERTY** CAUSES OF LOSS<br>BASIC □ BROAD □ SPEC X<br>Deductible - $5,000 | Additions & Alterations<br>Personal Property<br>Personal Liability Per Occur<br>Medical Payments | | | 1700000<br>500000<br>5000000<br>25000 |

| **GENERAL LIABILITY** | | | | |
|---|---|---|---|---|
| □ COMMERCIAL GENERAL LIABILITY | | EACH OCCURRENCE | $ | |
| | | DAMAGE TO RENTED PREMISES | $ | |
| □ CLAIMS MADE □ OCCUR | | MED EXP (Any one person) | $ | |
| | | PERSONAL & ADV INJURY | $ | |
| | | GENERAL AGGREGATE | $ | |
| | RETRO DATE FOR CLAIMS MADE: | PRODUCTS - COMP/OP AGG | $ | |

| **AUTOMOBILE LIABILITY** | | | | |
|---|---|---|---|---|
| □ ANY AUTO | | COMBINED SINGLE LIMIT | $ | |
| □ ALL OWNED AUTOS | | BODILY INJURY (Per person) | $ | |
| □ SCHEDULED AUTOS | | BODILY INJURY (Per accident) | $ | |
| □ HIRED AUTOS | | PROPERTY DAMAGE | $ | |
| □ NON-OWNED AUTOS | | MEDICAL PAYMENTS | $ | |
| | | PERSONAL INJURY PROT | $ | |
| | | UNINSURED MOTORIST | $ | |

| **AUTO PHYSICAL DAMAGE** DEDUCTIBLE | □ ALL VEHICLES □ SCHEDULED VEHICLES | | | |
|---|---|---|---|---|
| COLLISION: | | ACTUAL CASH VALUE | | |
| OTHER THAN COL: | | STATED AMOUNT | | |
| | | OTHER | | |

| **GARAGE LIABILITY** | | | | |
|---|---|---|---|---|
| □ ANY AUTO | | AUTO ONLY - EA ACCIDENT | | |
| | | OTHER THAN AUTO ONLY: | | |
| | | EACH ACCIDENT | $ | |
| | | AGGREGATE | $ | |

| **EXCESS LIABILITY** | | | | |
|---|---|---|---|---|
| □ UMBRELLA FORM | | EACH OCCURRENCE | $ | |
| □ OTHER THAN UMBRELLA FORM | RETRO DATE FOR CLAIMS MADE: | AGGREGATE | $ | |
| | | SELF-INSURED RETENTION | $ | |

| **WORKER'S COMPENSATION AND EMPLOYER'S LIABILITY** | | | | |
|---|---|---|---|---|
| | | WC STATUTORY LIMITS | | |
| | | E.L. EACH ACCIDENT | $ | |
| | | E.L. DISEASE - EA EMPLOYEE | $ | |
| | | E.L. DISEASE - POLICY LIMIT | $ | |

| **SPECIAL CONDITIONS/ OTHER COVERAGES** | Annual Policy Premium: $6,094 | | | |
|---|---|---|---|---|
| | | FEES | | |
| | | TAXES | | |
| | | ESTIMATED TOTAL PREMIUM | $ | |

## NAME & ADDRESS

| | MORTGAGEE X ADDITIONAL INSURED |
|---|---|
| | LOSS PAYEE |
| ECREE LLC<br>1 Central Park West #32G<br>New York NY 10023 | LOAN # |

AUTHORIZED REPRESENTATIVE
*Desiree Rezende*

ACORD 75 (2004/09)   NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE   © ACORD CORPORATION 1993-2004

254

# CONDITIONS

This Company binds the kind(s) of insurance stipulated on the reverse side. The Insurance is subject to the terms, conditions and limitations of the policy(ies) in current use by the Company.

This binder may be cancelled by the Insured by surrender of this binder or by written notice to the Company stating when cancellation will be effective. This binder may be cancelled by the Company by notice to the Insured in accordance with the policy conditions. This binder is cancelled when replaced by a policy. If this binder is not replaced by a policy, the Company is entitled to charge a premium for the binder according to the Rules and Rates in use by the Company.

## Applicable in California

When this form is used to provide insurance in the amount of one million dollars ($1,000,000) or more, the title of the form is changed from "Insurance Binder" to "Cover Note".

## Applicable in Colorado

With respect to binders issued to renters of residential premises, home owners, condo unit owners and mobile home owners, the Insurer has thirty (30) business days, commencing from the effective date of coverage, to evaluate the issuance of the insurance policy.

## Applicable in Delaware

The mortgagee or Obligee of any mortgage or other instrument given for the purpose of creating a lien on real property shall accept as evidence of insurance a written binder issued by an authorized insurer or its agent if the binder includes or is accompanied by: the name and address of the borrower; the name and address of the lender as loss payee; a description of the insured real property; a provision that the binder may not be canceled within the term of the binder unless the lender and the insured borrower receive written notice of the cancellation at least ten (10) days prior to the cancellation; except in the case of a renewal of a policy subsequent to the closing of the loan, a paid receipt of the full amount of the applicable premium, and the amount of insurance coverage.

Chapter 21 Title 25 Paragraph 2119

## Applicable in Florida

Except for Auto Insurance coverage, no notice of cancellation or nonrenewal of a binder is required unless the duration of the binder exceeds 60 days. For auto insurance, the Insurer must give 5 days prior notice, unless the binder is replaced by a policy or another binder in the same company.

## Applicable in Nevada

Any person who refuses to accept a binder which provides coverage of less than $1,000,000.00 when proof is required: (A) Shall be fined not more than $500.00, and (B) is liable to the party presenting the binder as proof of insurance for actual damages sustained therefrom.

## NOTES:

| | |
|---|---|
| INSURED'S NAME Claudia Lemboumba | LEMBCL1 |
| | OP ID: DN |

PAGE 3

DATE 7/24/2014

The following valuable articles coverage is included:
Jewelry (Blanket):     $25,000
Fine Arts (Blanket):    $50,000
Silverware (Blanket):   $25,000