UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMISSIONS IMPORT EXPORT S.A.,

        Petitioner-Judgment Creditor,

        -against-

REPUBLIC OF THE CONGO, as Judgment Debtor, and ECREE LLC, as Fraudulent Transferee of the Judgment Debtor,

        Respondents.



Case No. 1:19-mc-00195 (KPF)

**NOTICE OF WITHDRAWAL OF MOTION**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

        PLEASE TAKE NOTICE that, upon receipt of information from Corcoran Group LLC pursuant to subpoena, Petitioner's Motion for Injunction Freezing Proceeds of Sale, filed June 30, 2020 (Doc. Nos. 75, 76 and 77) is hereby withdrawn without prejudice.

Dated: July 1, 2020

        GOULSTON & STORRS PC

By:   *Charles R. Jacob III*
      Charles R. Jacob III
      Isabel P. Sukholitsky
      885 Avenue, 18th Floor
      New York, New York 10022
      Telephone: (212) 878-5143
      Facsimile: (212) 878-6911
      cjacob@goulstonstorrs.com
      lsukholitsky@goulstonstorrs.com

      *Attorneys for Petitioner*
      *Commissions Import Export S.A.*

Application GRANTED.  The Clerk of Court is directed to terminate the motions pending at docket entries 75 and 79.

Dated:    July 2, 2020              SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE