UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMISSIONS IMPORT EXPORT S.A.,

                  Petitioner,

      -v.-

REPUBLIC OF THE CONGO and
ECREE LLC,

                Respondents.

19 Misc. 195 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Petitioner's July 2, 2020 motion for a preliminary injunction enjoining Respondents from disposing of or transferring proceeds from any sale of the Condominium and directing that such proceeds be deposited with the Court or otherwise held in escrow pending the outcome of this proceeding.  (Dkt. #81-83).  Respondents are hereby ORDERED to file a response to Petitioner's motion on or before July 16, 2020.  Respondents are advised that any disposition of the proceeds of the sale of the Condominium before Petitioner's motion for a preliminary injunction is resolved shall be viewed through the lens of the Court's contempt powers.

      SO ORDERED.

Dated:     July 6, 2020
            New York, New York

                                            KATHERINE POLK FAILLA
                                     United States District Judge