UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMISSIONS IMPORT EXPORT S.A.,

                Petitioner,

         -v.-

REPUBLIC OF THE CONGO and
ECREE LLC,

                Respondents.

19 Misc. 195 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Petitioner's letters dated July 2, 2020 and July 15, 2020 (Dkt. #81-83, #86-87), and Respondents' letters dated July 8, 2020, and July 16, 2020 (Dkt. #85, #88). Counsel for Respondent Ecree LLC represented to the Court that:

> Ecree will not sell the One Central Park West Unit 32G Condominium (the 'Condo') pending this litigation. Further, should Ecree accept an unsolicited offer regarding the Condo, Ecree will place any deposit or other proceeds of sale into an escrow and will not transfer the proceeds of any sale outside of the United States.

(Dkt. #85, at 1). With counsel's reassurance in mind, Petitioner's motion for a preliminary injunction is DENIED. The Court intends to hold Respondent's counsel to his word, and Respondents are advised that any sale of the Condominium or disposition of the proceeds of the sale of the Condominium in contravention of counsel's representations to the Court shall be viewed through the lens of the Court's contempt powers.

SO ORDERED

Dated: July 22, 2020
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2