UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMISSIONS IMPORT EXPORT S.A.,

                Petitioner,

        -v.-

REPUBLIC OF THE CONGO and
ECREE LLC,

                Respondents.

19 Misc. 195 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

      As discussed on the record on February 16, 2022, Petitioner shall file an amended petition, if any, on or before March 4, 2022.  Respondents shall file their respective motions to dismiss on or before April 4, 2022.  Petitioner shall file a single opposition brief in response to both of Respondents' motions to dismiss on or before May 18, 2022, which submission shall not exceed 35 pages.  Respondents shall file their reply briefs on or before June 3, 2022.

      Moreover, Respondents' request to stay post-judgment discovery during the pendency of their motions to dismiss is hereby DENIED.

      SO ORDERED.

Dated:   February 17, 2022
         New York, New York

                           KATHERINE POLK FAILLA
                         United States District Judge