UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMISSIONS IMPORT EXPORT S.A., <br><br> Petitioner, <br><br> vs. <br><br> REPUBLIC OF CONGO and ECREE LLC, <br><br> Respondents. | 1:19-mc-00195-KPF <br><br> **DECLARATION IN SUPPORT OF MOTION FOR ADMISSION** *PRO HAC VICE* |

I, Nathan P. Brennan, under penalty of perjury, declares the following to be true and correct:

(1) I have never been convicted of a felony;

(2) I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

(3) There are no pending disciplinary proceedings against me in any state or federal court.

Date: March 17, 2022

Respectfully Submitted,

Nathan P. Brennan
Minnesota Bar # 0389954
Ashcroft Law Firm, LLC
200 State Street, 7th Floor
Boston, MA 02109
(P) 617-573-9400
(F) 617-933-7607
nbrennan@ashcroftlawfirm.com

TYLER D SCHOPF
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2026

Tyler D Schopf

Minnesota, Washington County

03/17/2022

1