UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMISSIONS IMPORT EXPORT S.A.,

                Petitioner,

        -v.-

REPUBLIC OF THE CONGO and
ECREE LLC,

                Respondents.

19 Misc. 195 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The conference previously scheduled for September 23, 2025, is hereby ADJOURNED to **September 29, 2025**, at **11:00 a.m.**  At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

    SO ORDERED.

Dated:  September 19, 2025
          New York, New York

                                      KATHERINE POLK FAILLA
                                      United States District Judge