UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMISSIONS IMPORT EXPORT S.A., <br><br> Petitioner, <br><br> -v.- <br><br> REPUBLIC OF THE CONGO and ECREE LLC, <br><br> Respondents. | 19 Misc. 195 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

For the reasons stated on the record during the September 29, 2025 Telephone Conference, the Court DENIES Respondent Republic of the Congo's motion for relief from judgment or order under Federal Rule of Civil Procedure 60(b).  (*See* Dkt. #157, 166).

SO ORDERED.

Dated:   September 30, 2025
         New York, New York

                                          *Katherine Polk Failla*
                                     _____
                                          KATHERINE POLK FAILLA
                                          United States District Judge